# EXHIBIT B

TRANSLATION

[OFFICIAL GAZETTE, Page 23405]

EDICT

Notice is hereby given that the Minister of the Treasury has issued the Resolution which, copied *verbatim*, states thus:

Resolution No. 436

Whereas: Having seen case files numbers 3-2-3143, 3-2-8930, and 3-2-9832, relative to the investigations carried out as to Misters Alfredo, Enrique, Florentino, Byron, and Ms. Odette Blanco Rosell.

Whereas: The links of those individuals have been proven, photographs having been found in which Mr. Alfredo Blanco Rosell appears with the tyrant, with Orlando Piedra Negueruela, Pilar García, Silito Tabernilla, Luis Manuel Martínez and others.

Whereas: According to documents available in the case files related in the first Whereas, there have been proven also the relations of said Misters and Miss Blanco Rosell with the tyrant and with Andrés Domingo y Morales del Castillo.

Whereas: According to said linkages, they obtained the concession of the Maritime Terminal of Mariel per Presidential Decree number 2367, of August 3, 1955, paying Mr. Jorge García Montes, the amount of $10,000.00 for his "agency" in the realization of works of Marítima del Mariel, S. A.

Whereas: Marítima del Mariel, S.A. obtained from the National Financing Agency of Cuba a $1,600,000.00 loan; said Enterprise assigned to itself under the rubric of expenses in which it did not incur, sums that were tantamount to the embezzlement of $336,116.50; all that without accounting for the fact that up the moment in which the enterprise was placed under receivership,

it owes to the National Financing Agency of Cuba the payment of $27,000.00 and interests for $149, 430.00 that it had to make on August 1st, 1958.

<u>Whereas</u>: Misters and Miss Blanco Rosell, at Central San Ramón, S. A. as well as in Central Ramona and its colonies, used the thugs of the rural guard to throw hundreds of works out into misery, getting to extreme cases like the one of Cía. Agrícola Pinillos, in the Province of Camagüey, where they demolished and burned 36 houses of rural workers, according to Resolutions issued by the Minister of Labor, lodged in the case files.

<u>Whereas</u>: Following orders of Misters and Miss Blanco Rosell, the enterprises kept special accounts to which they gave fictitious names and used relatives and trusted employees, where they deposited the gains that they obtained from or the reimbursements of allocations that they effected of different officials, all that in amounts [illegible], one being able to calculate that they had more than twenty accounts used for these illicit deals of fiscal evasion.

<u>Whereas</u>: As evidenced in the case files, through their enterprises Misters and Miss Blanco Rosell disposed of the contributions pertaining to the workers and did not deposit them in the Sugar Worker's Retirement Fund and in the Maternity Fund.

<u>Whereas</u>: Through their enterprises, Misters and Miss Blanco Rosell took part in the electoral farces held in 1954 and 1958, contributing sums of money to propaganda expenses and to the purchase of electoral identification cards in the Municipalities where their sugar mills were located, to obtain be

[OFFICIAL GAZETTE, Page 23406]

nefits and privileges from municipal authorities.

Whereas: Misters and Miss Blanco Rosell ordered the manufacturing of sugar in their sugar mills beyond the quota of local consumption, according to documents lodged in the case files, availing themselves of their influences in the Public Power and enriching themselves illicitly to the detriment of the National Patrimony.

Whereas: It has been proven that among the properties of said persons, be so under their names or using interposed third parties, there have been found the shares pertaining to the entities Compañía Azucarera Mariel, S. A., the owner and operator of Central San Ramón; Compañía Azucarera Central Ramona, S. A., the owner and operator of Central Ramona; Compañía Marítima Mariel, S. A., Cía. Agrícola Pinillos, S. A., Cía. Mercantil San Ramón, S.A., Cía. Mercantil Ramona, Cía. Territorial Pinillos, S. A., Cía. Nacional de Almacenes, S.A., Cía. Agrícola Comercial Sucane, S. A., Cía. Agrícola Xavier, S. A., Cía. Agrícola Guayabo, S. A., Comodity Trading Company, Cía. Inversiones Onix, S.A., Corporación Lynx, S. A., Cía. Constructora Omar, S.A., Manapa Trading Company, Arva Trading Company, and Consignataria Mariel, S.A.

Whereas: The investigations carried out and the documents lodged in the case files demonstrate that Misters and Miss Blanco Rosell enriched themselves under the cloak of the public power and to the detriment of the National Patrimony, incurring therefore in the recovery cases established by Law 78 of 1959 and amendment thereto.

Whereas: Exercising the Powers to me conferred, I

Resolve:

First: To confiscate in favor of the State all the properties and rights, whatever their nature, that make part of the estate of the individuals listed in the first Whereas, excluding from the confiscation those properties and rights of strictly personal nature.

Second: To confiscate in favor of the Cuban State the shares, or the Certificates that contain them, representing the capital of the entities listed in the eleventh Whereas of this Resolution, with all the entities' properties, rights, and actions.

<u>Third</u>: To decide that the properties, rights, and actions that integrate the estate of the legal entities listed in the previous paragraph be transferred to the National Institute of the Agrarian Reform (I.N.R.A.).

<u>Fourth</u>: Let the Resolution herein be published in the OFFICIAL GAZETTE of the Republic to the effect of notification, and for compliance with the provisions of the Law 715 of 1960.

Issued in Havana, on the nineteenth day of the month of August of nineteenth sixty.

Rolando Díaz Aztaraín
Major of the Navy
Minister of the Treasury

S. 8181

TRANSCRIPTION

[Gaceta Oficial, p. 23405]

EDICTO

Por la presente se hace saber que el Sr. Ministro de Hacienda ha dictado la Resolución que, copiada íntegramente, dice así:

Resolución No. 436

Por Cuanto: Han sido vistos los expedientes número 3-2-3143, 3-2-8930 y 3-2-9832 relativos a las investigaciones practicadas acerca de los señores Alfredo, Enrique, Florentino, Byron y Odette Blanco Rosell.

Por Cuanto: Han sido comprobadas las vinculaciones de esos individuos, habiéndose encontrado fotografías en que aparecen el Sr. Alfredo Blanco Rosell con el tirano, Orlando Piedra Negueruela, Pilar García, Silito Tabernilla, Luis Manuel Martínez y otros.

Por Cuanto: Se ha comprobado también, según documentos obrantes en los expedientes relacionados en el primer Por Cuanto, las relaciones de dichos señores Blanco Rosell, con el tirano y Andrés Domingo y Morales del Castillo.

Por Cuanto: De acuerdo con dichas vinculaciones obtuvieron la concesión de la Terminal Marítima del Mariel, según Decreto Presidencial número 2367, de 3 de agosto de 1955, y pagándole al señor Jorge García Montes, la cantidad de $10,000.00 por sus "gestiones" en la realización de obras de la Marítima del Mariel, S. A.

Por Cuanto: La Marítima del Mariel, S.A., obtuvo de Financiera Nacional de Cuba un préstamo de $1,600,000.00. Dicha empresa se adjudicó a su favor por el concepto de gastos en los cuales no incurrió, partidas que ascendieron a una malversación acta de $336,116.50 todo ello sin contar que hasta el momento en que la empresa fue intervenida le debe a la Financiera Nacional de Cuba, el pago que tenían que efectuar el 1º de agosto de 1958, $27,000.00 e intereses por $149,530.00.

Por Cuanto: Los señores Blanco Rosell, tanto en el Central San Ramón, S. A., como en el Central Ramona y sus colonias utilizaron a los esbirros de la guardia rural para lanzar a la miseria a cientos de obreros, llegado a casos extremos como el de la Cía. Agrícola Pinillos, en la Provincia de Camagüey, donde demolieron e incendiaron 36 casas de obreros agrícolas, según Resoluciones dictadas por el Ministerio del Trabajo, que obran en los expedientes.

Por Cuanto: Las empresas siguiendo órdenes de los señores Blanco Rosell, mantenían cuentas especiales a las cuales les daban nombres ficticios y utilizaban familiares o empleados de confianza, donde ingresaban las utilidades que obtenían o los reintegros que efectuaban, de las

asignaciones de diversos funcionarios, todo ello en cantidades [ilegible] pudiendo calcularse que tenían más de veinte cuentas utilizadas para estos menesteres ilícitos de evasiones fiscales.

Por Cuanto: Según obra en los expedientes, los señores Blanco Rosell, por medio de sus empresas ordenaban de las partidas correspondientes a los obreros y no las ingresaban en la Caja de Retiro Azucarero y en la Caja de Maternidad.

Por Cuanto: Los señores Blanco Rosell, por medio de sus empresas tomaron parte en las farsas electorales que se celebraron en 1954 y 1958, aportando sumas de dinero para los gastos de propaganda y comprar de cedulas en los Municipios donde estaban enclavados sus Centrales y obtener be

[Gaceta Oficial, p.23406]

neficios y privilegios de las autoridades Municipales.

Por Cuanto: Los señores Blanco Rosell, ordenaron la fabricación en sus ingenios de azúcar fuera de cuota de consumo local, según documentos que obran en los expedientes, valiéndose de sus influencias en el Poder Público y enriqueciéndose ilícitamente en detrimento del Patrimonio Nacional.

Por Cuanto: Se ha comprobado que entre los bienes de dichas personas, ya bien sea a su nombre o utilizando terceros interpuestos, se encuentran las acciones correspondientes a las entidades Compañía Azucarera Mariel, S. A., propietaria y operadora del Central San Ramón, Compañía Azucarera Central Ramona, S. A.: propietaria y operadora del Central Ramona, Compañía Marítima Mariel, S. A., Cía. Agrícola Pinillos, S. A., Cía. Mercantil San Ramón, S.A. Cía. Mercantil Ramona, Cía. Territorial Pinillos, S. A., Cía. Nacional de Almacenes, S.A., Cía. agrícola Comercial Sucane, S. A., Cía. Agrícola Xavier, S. A., Cía. Agrícola Guayabo, S. A., Comodity Trading Company, Cía. Inversiones Onix, S.A., Corporación Lynx, S. A., Cía. Constructora Omar, S.A., Manapa Trading Company, Arva Trading Company y Consignataria Mariel, S.A.

Por Cuanto: Las investigaciones practicadas y los documentos que obran en los expedientes demuestran que los Señores Blanco Rosell, se enriquecieron al amparo del poder público y en detrimento del Patrimonio Nacional, incuriendo[sic] por tanto en las causas de recuperación que establece la Ley 78 de 1959 y su modificación.

Por Cuanto: En uso de las facultades que me están conferidas:

Resuelvo:

2

Primero: Confiscar a favor del Estado Cubano todos los bienes y derechos, cualquiera que sea su naturaleza, que integran el patrimonio de los señores relacionados en el primer Por Cuanto, exceptuándose de la confiscación aquellos bienes y derechos de naturaleza estrictamente personal.

Segundo: Confiscar a favor del Estado Cubano las acciones, o los Certificados que las contenga representativos del capital emitido y en circulación de las entidades relacionadas en el onceno Por Cuanto de esta Resolución, con todos sus bienes, derechos y acciones.

Tercero: Disponer el traspaso al Instituto Nacional de la Reforma Agraria (I.N.R.A.) de los bienes, derechos y acciones que componen el patrimonio de las personas jurídicas relacionadas en la disposición procedente.

Cuarto: Publíquese la presente Resolución en la GACETA OFICIAL de la Republica a los efectos de su notificación y se cumplimente lo dispuesto por la Ley 715 de 1960.

Dada en la Habana, a los diecinueve días del mes de agosto de mil novecientos sesenta.

Rolando Díaz Aztaraín

Capitán de Corbeta

Ministro de Hacienda

S. 8181

en seis, con las modificaciones tomadas de los títulos que produjeron las inscripciones 5 a los folios 75 y 76 vuelto del tomo 164 del Registro de la Propiedad No. 6.

Por Tanto: En uso de las facultades que me están conferidas.

**Resuelvo:**

Primero: Disponer la confiscación y consecuente adjudicación a favor del Estado Cubano de los muebles descriptos en el Tercer Por Cuanto de la presente Resolución, que fueron traspasados por las entidades "Industrial Casas Rabelo y Compañía S. A.", "Fosforera La Estrella S. A.", y "Fosforera del Caribe S. A." a las siguientes personas jurídicas y naturales:

Francisca Casas Gómez y Guillermo Casas Gómez "Digón y Hermanos Inmobiliaria S. A." "Compañía Internacional para el Comercio Exterior S. A." respectivamente, con el objeto de eludir las responsabilidades que sobre los mismos corresponde por formar parte del patrimonio de las entidades que integraron el Trust Fosforero y que se beneficiaron con las participaciones del préstamo de $10,500,000.00 que los industriales del fósforo obtuvieron para ellos del Estado Cubano, calificados de sus relaciones con el Gobierno dictatorial de Batista, en detrimento del Patrimonio Nacional.

Segundo: Disponer la confiscación y consecuente adjudicación a favor del Estado Cubano de todos los derechos y acciones que el señor Alberto Pérez Valdés tiene inscripto a su favor sobre los muebles descriptos en el Por Cuanto quinto de la presente Resolución.

Tercero: Traspasar a favor del Instituto Nacional de Reforma Agraria (INRA) los inmuebles y los derechos y acciones que se confiscan por la presente Resolución y a los que se hace referencia en el Tercer y Quinto Por Cuanto de la misma.

Cuarto: Notificar la presente Resolución a las partes afectadas y publicarla en la GACETA OFICIAL a todos los efectos legales correspondientes, librándose los oportunos mandamientos.

La Habana, 17 de agosto de 1960. "Año de la Reforma Agraria".

Cap. Corb. Rolando Díaz Aztaraín,
Ministro de Hacienda.

Y para su publicación en la GACETA OFICIAL de la República, se expide el presente edicto en La Habana, a los 22 días del mes de septiembre de 1960. — (F) Luciano Pérez Díaz, Director del Departamento de Recuperación de Bienes Malversados.

S— -180

**EDICTO**

Por el presente se hace saber que el Sr. Ministro de Hacienda, ha dictado la Resolución que seguidamente literalmente dice así:

**Resolución No. 436**

Por Cuanto: Han sido vistos los expedientes números 3-2-3143, 3-2-8930 y 3-2-9832, relativos a los señores, investigaciones practicadas acerca de los señores, Alfredo Enrique Florentino Blanco y Odette Blanco Rosell.

Por Cuanto: Han sido comprobadas las vinculaciones de esos individuos, habiéndose encontrado fotografías en que aparecen el Sr. Alfredo Blanco Rosell con el tirano, Orlando Piedra Negueruela, Pilar García, Silito Tabernilla, Luis Manuel Martínez y otros.

Por Cuanto: Se ha comprobado también, según documentos obrantes en los expedientes relacionados en el primer Por Cuanto, las relaciones de dichos señores Blanco Rosell con el tirano y Andrés Domingo y Morales del Castillo.

Por Cuanto: De acuerdo con dichas vinculaciones, obtuvieron la concesión de la Terminal Marítima del Mariel, según Decreto Presidencial número 2367, de 3 de agosto de 1955, y pagándole al señor Jorge García Montes, la cantidad de $80,000.00, por sus "gestiones" en la realización de obras de la Marítima del Mariel, S. A.

Por Cuanto: La Marítima del Mariel, S. A., obtuvo de Financiera Nacional de Cuba, un préstamo de $1,600,000.00. Dicha empresa se adjudicó a su favor por el concepto de gastos en los cuales no incurrió, partidas que ascendieron a una malversación neta de $336,116.50, todo ello sin contar que hasta el momento en que la empresa fué intervenida, le debe a la Financiera Nacional de Cuba, el pago que tenían que efectuar el 1ro. de agosto de 1958, $27,588.00, e intereses por $149,350.00.

Por Cuanto: Los señores Blanco Rosell, tanto en el Central San Ramón, P. R., como en el Central Ramona y sus colonias utilizaron a los esbirros de la guardia rural para lanzar a la miseria a cientos de obreros, llegando a casos extremos como el de la Cía. Agrícola Pinillos, en la Provincia de Camagüey, donde demolieron e incendiaron 56 casas de obreros agrícolas, según Resoluciones dictadas por el Ministerio del Trabajo, que obran en los expedientes.

Por Cuanto: Las empresas siguiendo órdenes de los señores Blanco Rosell, mantenían cuentas especiales a las cuales les daban nombres ficticios o utilizaban familiares o empleados de confianza, donde ingresaban las utilidades que obtenían o los reintegros que efectuaban, de las asignaciones a diversos funcionarios, todo ello en cantidades crecidas, pudiendo calcularse que tenían más de treinta cuentas, utilizadas para estos menesteres ilícitos de evasiones fiscales.

Por Cuanto: Según obra en los expedientes, los señores Blanco Rosell, por medio de sus empresas adeudaban la retención de las partidas correspondientes a los obreros y no las ingresaban en la Caja del Retiro Azucarero y en la Caja de Maternidad.

Por Cuanto: Los señores Blanco Rosell, por medio de sus empresas tomaron parte en las farsas electorales que se celebraron en 1954 y 1958, aportando sumas de dinero para los gastos de propaganda y compra de cédulas en los Municipios donde estaban enclavados sus Centrales y obtener be-

neficios y privilegios de las autoridades Municipales.

Por Cuanto: Los señores Blanco Rosell, ordenaron la fabricación en sus ingenios de azúcar fuera de cuota de consumo local, según documentos que obran en los expedientes, valiéndose de sus influencias con el Poder Público y enriqueciéndose ilícitamente en detrimento del Patrimonio Nacional.

Por Cuanto: Se ha comprobado que entre los bienes de dichas personas, ya bien sea a su nombre o utilizando terceros interpuestos, se encuentran las acciones correspondientes a las entidades Compañía Azucarera Mariel, S. A., propietaria y operadora del Central San Ramón, Compañía Azucarera Central Ramona, S. A.; propietaria y operadora del Central Ramona, Compañía Marítima Mariel, S. A. Cía. Agrícola Pinillos, S. A., Cía. Mercantil San Ramón, S. A., Cía. Mercantil Ramona, Cía. Territorial Pinillos, S. A., Cía. Nacional de Almacenes S. A., Cía. Agrícola Comercial Sucane, S. A., Cía. Agrícola Xavier, S. A., Cía. Agrícola Guayabo, S. A., Comodity Trading Company, Cía. Inversiones Onix, S. A. Corporación Lynx, S. A., Cía. Constructora Omar, S. A. Manapa Trading Company, Arva Trading Company y Consignataria Mariel, S. A.

Por Cuanto: Las investigaciones practicadas y los documentos que obran en los expedientes demuestran que los señores Blanco Rosell, se enriquecieron al amparo del poder público y en detrimento del Patrimonio Nacional, incurriendo por tanto en las causas de recuperación que establece la Ley 78 de 1959 y su modificación.

Por Tanto: En uso de las facultades que me están conferidas:

Resuelvo:

mento del Patrimonio Nacional, incurriendo por tanto en las causas de recuperación que establece la Ley 78 de 1959 y su modificación.

Por Tanto: En uso de las facultades que me están conferidas:

### Resuelvo:

Primero: Confiscar a favor del Estado Cubano todos los bienes y derechos, cualquiera que sea su naturaleza, que integran el patrimonio de los señores relacionados en el primer Por Cuanto, exceptuándose de la confiscación aquellos bienes y derechos de naturaleza estrictamente personal.

Segundo: Confiscar a favor del Estado Cubano las acciones, o los Certificados que las contenga representativos del capital emitido y en circulación de las entidades relacionadas en el onceno Por Cuanto de esta Resolución, con todos sus bienes, derechos y acciones.

Tercero: Disponer el traspaso al Instituto Nacional de la Reforma Agraria (I.N.R.A.) de los bienes, derechos y acciones que componen el patrimonio de las personas jurídicas relacionadas en la disposición procedente.

Cuarto: Publíquese la presente Resolución en la GACETA OFICIAL de la República a los efectos de su notificación y se cumplimente lo dispuesto por la Ley 715 de 1960.

Dada en la Habana, a los diecinueve días del mes de agosto de mil novecientos sesenta.

Rolando Díaz Aztaraín,
Capitán de Corbeta,
Ministro de Hacienda.

S. 8181

## CERTIFICATE OF TRANSLATOR'S COMPETENCE

STATE OF FLORIDA              )
                              ) SS
COUNTY OF MIAMI-DADE          )

BEFORE ME, A NOTARY PUBLIC IN AND FOR THE STATE OF FLORIDA AT LARGE, PERSONALLY APPEARS **AMBAR DIAZ**, PERSONALLY KNOWN TO ME, WHO, AFTER BEING DULY SWORN, DEPOSES AND SAYS THAT SHE HAS PERFORMED THIS TRANSLATION OF **RES. 436 OF 1960, CONFISCATION** FROM **SPANISH** INTO **ENGLISH**, AND THAT SHE HAS DONE THIS TRANSLATION TO THE BEST OF HER ABILITY. THE SOURCE DOCUMENT CONSISTING OF **3** PAGES, AND THE TRANSLATION CONSISTING OF **4** PAGES; THIS CERTIFICATION BEING ATTACHED THERETO. THIS CERTIFICATION ATTACHED TO THE PRINTED DOCUMENT, DOES NOT INCLUDE THE CERTIFICATION OF ANY ELECTRONIC FILE.

_____
AMBAR DIAZ

SWORN TO AND SUBSCRIBED THIS 6th DAY OF ___MAY___, A.D., 2021.

_____
NOTARY PUBLIC, STATE OF FLORIDA
AT LARGE

MY COMMISSION EXPIRES:

Nelsy Blanco
COMMISSION # GG297171
EXPIRES: February 4, 2023
Bonded Thru Aaron Notary