# EXHIBIT B

**MIAMI-DADE CIRCUIT COURT DOCUMENTS FROM:**

*In re Estate of Byron Blanco, deceased*, **Case No. 2001-002462-CP-02, Section PMH03 (Miami-Dade Circuit Court)**

1. Emergency Petition to Re-Open Administration For Subsequent Asset

2. Letter of Administration

3. Order Re-Opening Estate Administration and Appointing Successor Personal Representative

# EXHIBIT B-1

IN THE CIRCUIT COURT FOR MIAMI-DADE COUNTY, FLORIDA

PROBATE DIVISION

IN RE: ESTATE OF

File No. 01-2462-CP-02

BYRON BLANCO,

Section 03

Deceased.

## EMERGENCY PETITION TO
## RE-OPEN ADMINISTRATION FOR SUBSEQUENT ASSET

Petitioner, HEBE BLANCO MIYARES, by and through her undersigned counsel alleges:

1. Petitioner has an interest in the above-referenced estate as one of the children of Byron Blanco (the "decedent") and named successor Personal Representative of the estate.

2. A probate estate was opened for this decedent, in Miami-Dade County, Florida, File No. 01-2462 CP 03, at which time the decedent's Last Will and Testament (the "Will") was admitted to probate on or about June 15, 2001. Letters of Administration were issued to Lydia Blanco, the decedent's surviving spouse, who has since died. Petitioner was named as successor personal representative under the Will.

3. Petitioner intends to represent the estate of the decedent as a plaintiff to seek to recover money damages under the Cuban Liberty and Democratic Solidarity (LIBERTAD) Act of 1996, codified at 22 USC Section 6021, et. seq. (the "Helms-Burton Act") for acts of trafficking in property confiscated by the Cuban Government on or after January 1, 1959 (the "Claim") and as to which the estate of Byron Blanco owns claims.

4. This administration needs to be opened on an emergency basis so that the Petitioner, as successor personal representative, may represent the decedent's estate by year end, i.e. December 31, 2020, to uphold the ability to proceed as a plaintiff in the referenced Claim.

WHEREFORE, Petitioner requests that this Court consider the *Petition to Re-Open Administration for Subsequent Asset* and other opening pleadings on an emergency basis.

Signed on this 18th day of December, 2020.

/s/ William T. Muir
William T. Muir
Florida Bar Number: 319074
Jeremy P. Leathe
Florida Bar Number: 983268
Attorneys for Petitioner
DUNWODY WHITE & LANDON PA
550 Biltmore Way, Suite 810
Coral Gables, FL 33134
Telephone: (305) 529-1500   Fax: (305) 529-8855
E-Mail: wmuir@dwl-law.com
         jleathe@dwl-law.com
Secondary E-Mail: aacosta@dwl-law.com
         xnunez@dwl-law.com

# EXHIBIT B-2

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2001-002462-CP-02
SECTION: PMH03
JUDGE: Rosa C Figarola

**Blanco, Byron**

Decedent

_____/

## LETTER OF ADMINISTRATION

TO ALL WHOM IT MAY CONCERN

WHEREAS, Byron Blanco, a resident of Miami-Dade, died on February 25, 2001 ("Decedent"), owning assets in the State of Florida, and

WHEREAS, Hebe Blanco Miyares has been appointed successor personal representative ("Personal Representative") of the Decedent's estate ("Decedent's Estate") and has performed all acts prerequisite to issuance of Letters of Administration in Decedent's Estate,

NOW, THEREFORE, I, the undersigned circuit judge, declare Hebe Blanco Miyares duly qualified under the laws of the State of Florida to act as successor Personal Representative of Decedent's Estate, with full power to administer Decedent's Estate according to law; to ask, demand, sue for, recover and receive the property of the Decedent; to pay the debts of the Decedent as far as the assets of Decedent's Estate will permit and the law directs; and to make distribution of Decedent's Estate according to law.

These Letters of Administration are subject to the following restrictions:

- This Estate must be closed within 12 months, unless it is contested or its closing date is extended by court order.

- These letters do not authorize entry into any safe deposit box <u>without</u> further court order.

- The Personal Representative shall place all liquid assets in a depository designated by the Court pursuant to the Section 69.031, Florida Statutes ("Depository"). This is a frozen account. No funds can be withdrawn without a court order.

- Attorney of Record shall file Receipt of Assets by Depository within thirty days of receipt of liquid assets by the Depository.

- These letters do not authorize the sale, encumbrance, borrowing, or gifting of any Estate assets without a special court order.

- If Florida real estate is sold, per court order, a closing statement shall be filed, and the sale's net proceeds shall be placed in the Depository.

- An Amended Inventory shall be filed within 60 days.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this <u>1st day of January, 2021</u>.

2001-002462-CP-02 01-01-2021 11:37 AM

Hon. Rosa C Figarola

**CIRCUIT COURT JUDGE**

Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**

Adrya, aacosta@dwl-law.com

Cynthia Marquez, cmarquez@dwl-law.com

Jeremy P. Leathe, jleathe@dwl-law.com

Jeremy P. Leathe, xnunez@dwl-law.com

William T Muir, wmuir@dwl-law.com

William T Muir, DWL_E-Filing@dwl-law.com

William T Muir, aacosta@dwl-law.com

**Physically Served:**

# EXHIBIT B-3

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2001-002462-CP-02
SECTION: PMH03
JUDGE: Rosa C Figarola

**Blanco, Byron**

Decedent

_____/

### ORDER RE-OPENING ESTATE ADMINISTRATION AND APPOINTING SUCCESSOR PERSONAL REPRESENTATIVE

On the petition of Hebe Blanco Miyares for an order to re-open the administration of the estate of Byron Blanco, deceased, the court finding that the decedent died on February 25, 2001, and that Hebe Blanco Miyares is entitled to appointment as successor personal representative by reason of the death of Lydia Blanco, the individual previously appointed and then discharged as Personal Representative under decedent's Last Will and Testament, and by reason that Hebe Blanco Miyares is named as successor Personal Representative under decedent's Last Will and Testament and is qualified to be personal representative, it is

ADJUGED that the Estate of Byron Blanco be re-opened; and

FURTHER ADJUGED that Hebe Blanco Miyares is appointed successor personal representative of the estate of the decedent, and that upon taking the prescribed oath, letters of administration shall be issued.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 1st day of January, 2021.

*Rosa Figarola* (signature)

2001-002462-CP-02 01-01-2021 11:36 AM

Hon. Rosa C Figarola

**CIRCUIT COURT JUDGE**
Electronically Signed

<div style="border: 2px solid red; color: red;">

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

</div>

**Electronically Served:**

Cynthia Marquez, cmarquez@dwl-law.com

Jeremy P. Leathe, jleathe@dwl-law.com

Jeremy P. Leathe, xnunez@dwl-law.com

William T Muir, wmuir@dwl-law.com

William T Muir, DWL_E-Filing@dwl-law.com

William T Muir, aacosta@dwl-law.com

**Physically Served:**