# EXHIBIT C

## MIAMI-DADE CIRCUIT COURT DOCUMENTS FROM:

### *In re Estate of Enrique Blanco, deceased*, Case No. 2021-000187-CP-02, Section PMH03 (Miami-Dade Circuit Court)

1.  Emergency Petition for Appointment[*]

2.  Order Appointing Temporary Administrator Ad Litem

3.  Order Extending Appointment of  Administrator Ad Litem

---

[*] Exhibit A (Death Certificate) and Exhibit B (Last Will and Testament) to the Emergency Petition for Appointment are redacted but are publicly available at the Miami-Dade Circuit Court.

# EXHIBIT C-1

## IN THE CIRCUIT COURT FOR MIAMI-DADE COUNTY, FLORIDA

**PROBATE DIVISION**

IN RE: ESTATE OF

File No.

ENRIQUE BLANCO,

Section

Deceased.

## EMERGENCY PETITION FOR APPOINTMENT OF ADMINISTRATOR AD LITEM (TEMPORARY) PENDING APPOINTMENT OF PERSONAL REPRESENTATIVE

Petitioner, Sergio Blanco, seeks appointment as administrator ad litem under Section 733.308, Florida Statutes, and Rule 5.120, Florida Probate Rules, for the purpose of pursuing Helms-Burton Act claims in federal court on behalf of the estate. Petitioner has characterized this as an "emergency petition" based on well-informed advice that the opportunity to recover money damages under Helms-Burton is likely to be lost upon the change of political leadership in Washington, D.C. to occur on January 20, 2021. In support of this petition, Petitioner alleges:

1. Petitioner has an interest in the above estate as a nephew of the decedent, sole beneficiary, and named fiduciary under the Last Will and Testament of Enrique Blanco, deceased. Petitioner's address is              Guaynabo, Puerto Rico, 00969, and the name and office address of petitioner's attorney are set forth at the end of this petition.

2. Decedent, Enrique Blanco, also known as Enrique Blanco Rosell, whose last known address was                                      San Juan, Puerto Rico, whose age was 94, and the last four digits of whose social security number are 6939, died on November 27, 2014, in Puerto Rico. On the date of his death, decedent was domiciled in Puerto Rico. A photocopy of his death certificate is attached as Exhibit A. An original death certificate has been requested and will be provided to this court when received. All probate assets in Puerto Rico were administered in Puerto Rico. No current probate administration is open in Puerto Rico.

3. Decedent was divorced at date of death and was not survived by either a spouse or child. Decedent's divorced status is shown on his death certificate. So far as is known, the only

person entitled to letters of administration and the only beneficiary of this estate, his name, address and relationship to decedent is:

| NAME | ADDRESS | RELATIONSHIP | YEAR OF BIRTH (if minor) |
|------|---------|--------------|--------------------------|
| Sergio Blanco | ████████ Guaynabo, Puerto Rico 00960 | Nephew, fiduciary listed under decedent's Last Will and Testament and sole beneficiary | adult |

4. Venue for this proceeding is proper in Miami-Dade County, pursuant to Section 733.101(1)(b), Florida Statutes, because Decedent's property – that is, the Claim described below– is located in this county, the action on the Claim will be filed in this county, and related cases are being administered in this court.

5. The nature and approximate value of the assets in this estate are:

| NATURE OF ASSETS | APPROXIMATE VALUE |
|------------------|-------------------|
| The administrator ad litem will be a plaintiff seeking to recover money damages under the Cuban Liberty and Democratic Solidarity (LIBERTAD) Act of 1996, codified at 22 USC Section 6021, et. seq. (the "Helms-Burton Act") for acts of trafficking in property confiscated by the Cuban Government on or after January 1, 1959, and as to which the estate of Enrique Blanco owns claims (the "Claim"). | To be determined |

6. Petitioner proposes that Sergio Blanco whose address is ████████████ Guaynabo, Puerto Rico, 00969, and who is qualified under the laws of the State of Florida to be appointed administrator ad litem of the estate as he is the sole beneficiary and the nominated fiduciary under the decedent's Last Will and Testament, a copy of which is attached as Exhibit B. An authenticated copy of the Last Will will be deposited with this court upon receipt and subsequent translation into English. Petitioner anticipates that, when all authenticated documents from Decedent's Puerto Rico estate administration are in hand in the near future, he will seek appointment as personal representative, allowing for a smooth transition from administrator ad litem to personal representative.

7. Petitioner respectfully requests that the court consider the following circumstances as reasons why an administrator ad litem should be appointed on an emergency basis:

IN RE: ESTATE OF ENRIQUE BLANCO, deceased
Page 3

- There is an immediate necessity for an estate to be opened to be plaintiff to recover money damages under the Helms-Burton Act for acts of trafficking in property confiscated by the Cuban Government.

- Time is insufficient to obtain all authenticated documents from the Puerto Rico probate administration necessary for appointment of a personal representative which have been delayed due to pandemic and holidays; and

- Once received, the documents will all need to be translated into English before they may be filed with this court.

Petitioner requests that Sergio Blanco be appointed administrator ad litem of the estate of the decedent to initiate proceedings as a plaintiff seeking to recover money damages under the Cuban Liberty and Democratic Solidarity (LIBERTAD) Act of 1996, codified at 22 USC Section 6021, et. seq. (the "Helms-Burton Act") for acts of trafficking in property confiscated by the Cuban Government on or after January 1, 1959, and as to which the estate of Enrique Blanco owns claims, to serve until such time as a personal representative is appointed.

Under penalties of perjury, I declare that I have read the foregoing, and the facts alleged are true, to the best of my knowledge and belief.

Signed on this _13_ day of _November_, 2021.

William T. Muir
Florida Bar Number: 319074
Jeremy P. Leathe
Florida Bar Number: 983268
Attorneys for Petitioner
DUNWODY WHITE & LANDON PA
550 Biltmore Way, Suite 810
Coral Gables, FL 33134
Telephone: (305) 529-1500
Fax: (305) 529-8855
E-Mail: wmuir@dwl-law.com
        jleathe@dwl-law.com
Secondary E-Mail: aacosta@dwl-law.com
                  xnunez@dwl-law.com

Sergio Blanco, Petitioner

# EXHIBIT C-2

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2021-000187-CP-02
SECTION: PMH03
JUDGE: Rosa C Figarola

**IN RE: Blanco, Enrique**

Decedent

_____/

## ORDER APPOINTING TEMPORARY ADMINISTRATOR AD LITEM

On the petition of SERGIO BLANCO for the appointment of an administrator ad litem in the above decedent's estate ("Estate"), the Court finding that all interested persons have been served a copy of the petition or have waived notice thereof, and that the material allegations of the petition are true; it is

ORDERED and ADJUDGED that SERGIO BLANCO is appointed temporary Administrator Ad Litem for ninety days of the Estate to initiate proceedings as a plaintiff seeking to recover money damages under the Cuban Liberty and Democratic Solidarity (LIBERTAD) Act of 1996, codified at 22 USC Section 6021, et. seq. (the "Helms-Burton Act") for acts of trafficking in property confiscated by the Cuban Government on or after January 1, 1959 and as to which the estate of Enrique Blanco owns claims.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 20th day of January, 2021.

2021-000187-CP-02 01-20-2021 5:33 PM

Hon. Rosa C Figarola

**CIRCUIT COURT JUDGE**
Electronically Signed

<div style="border:1px solid red">

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

</div>

**Electronically Served:**
Cynthia S. Marquez, cmarquez@dwl-law.com
Jeremy P. Leathe, jleathe@dwl-law.com
William T Muir, wmuir@dwl-law.com
William T Muir, jleathe@dwl-law.com
William T Muir, cmarquez@dwl-law.com
Xenia Nunez, xnunez@dwl-law.com

**Physically Served:**

# EXHIBIT C-3

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: <u>2021-000187-CP-02</u>
SECTION: <u>PMH03</u>
JUDGE: <u>Rosa C Figarola</u>

**IN RE: Blanco, Enrique**

Decedent

_____/

### <u>ORDER EXTENDING APPOINTMENT OF ADMINISTRATOR AD LITEM</u>

On the petition of SERGIO BLANCO, by and through counsel, for the extension of his appointment as an administrator ad litem in the above decedent's estate ("Estate"), the Court finding that all interested persons have been served a copy of the petition or have waived notice thereof, and that the material allegations of the petition are true; it is

ORDERED and ADJUDGED that SERGIO BLANCO's appointment as Administrator Ad Litem of the Estate is extended until such time as a personal representative may be appointed to continue proceedings as a plaintiff seeking to recover money damages under the Cuban Liberty and Democratic Solidarity (LIBERTAD) Act of 1996, codified at 22 USC Section 6021, et. seq. (the "Helms-Burton Act") for acts of trafficking in property confiscated by the Cuban Government on or after January 1, 1959, and as to which the estate of Enrique Blanco owns claims.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this <u>3rd day of May, 2021</u>.

<u>2021-000187-CP-02 05-03-2021 10:56 AM</u>
Hon. Rosa C Figarola

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**

Cyndy Marquez, cmarquez@dwl-law.com

Jeremy P. Leathe, jleathe@dwl-law.com

William T Muir, wmuir@dwl-law.com

William T Muir, jleathe@dwl-law.com

William T Muir, cmarquez@dwl-law.com

Xenia R. Nunez, xnunez@dwl-law.com

**Physically Served:**