# EXHIBIT D

**MIAMI-DADE CIRCUIT COURT DOCUMENTS FROM:**

*In re Estate of Florentino Blanco, deceased*, **Case No. 2021- 000131-CP-02, Section PMH03 (Miami-Dade Circuit Court)**

1. Emergency Petition for Appointment[*]

2. Order Appointing Administrator Ad Litem Pending Appointment of Personal Representative

3. Order Extending Appointment of Administrator Ad Litem

---

[*] Pursuant to Fed. R. Civ. P. 5.2, and CM/ECF Administrative Procedures, Section 6, personal information has been redacted and the following Exhibits are redacted. This information is available to authorized users at the Miami-Dade Circuit Court:
- Exhibit A - Death Certificate of Florentino Blanco
- Exhibit B - Last Will and Testament of Florentino Blanco
- Exhibit C - Death Certificate of initial fiduciary, Decedent's Spouse, Elena de la Torre Alcoz
- Exhibit D - Death Certificate of successor fiduciary, Enrique Blanco Rosell

# EXHIBIT D-1

IN THE CIRCUIT COURT FOR MIAMI-DADE
COUNTY, FLORIDA

                                            PROBATE DIVISION

IN RE: ESTATE OF

                                         File No.

FLORENTINO BLANCO,

                                         Section

        Deceased.

**EMERGENCY PETITION FOR APPOINTMENT OF ADMINISTRATOR AD LITEM
(TEMPORARY)
PENDING APPOINTMENT OF PERSONAL REPRESENTATIVE**

       Petitioner, Eduardo Blanco de la Torre, seeks appointment as administrator ad litem under Section 733.308, Florida Statutes, and Rule 5.120, Florida Probate Rules, for the purpose of pursuing Helms-Burton Act claims in federal court on behalf of the estate. Petitioner has characterized this as an "emergency petition" based on well-informed advice that the opportunity to recover money damages under Helms-Burton is likely to be lost upon the change of political leadership in Washington, D.C. to occur on January 20, 2021. In support of this petition, Petitioner alleges:

       1.     Petitioner has an interest in the above estate as a child of the decedent, one of the residuary beneficiaries of the estate, and the surviving person named to serve as alternate fiduciary under the Last Will and Testament of Florentino Blanco, deceased. All persons with priority to serve are predeceased as set forth in greater detail in section 4, below. Petitioner's address is ▮ ▮ Key Biscayne, Florida 33149, and the name and office address of petitioner's attorney are set forth at the end of this petition.

       2.     Decedent, Florentino Blanco, also known as Florentino Blanco Rosell, whose last known address was ▮ Baldrich, Puerto Rico, whose age was 85, and the last four digits of whose social security number are 7609, died on March 18, 2005, in Puerto Rico. On the date of his death, decedent was domiciled in Puerto Rico. A photocopy of his death certificate is attached as Exhibit A. An original death certificate has been requested and will be provided to this court when received. All probate assets in Puerto Rico were administered in Puerto Rico. No current probate administration is open in Puerto Rico.

IN RE: ESTATE OF FLORENTINO BLANCO, deceased
Page 2

3. The decedent's Last Will and Testament dated March 20, 1992 (the "Will"), a copy of which is attached as Exhibit B, was administered in Puerto Rico. An authenticated copy of the Will will be deposited with this court upon receipt and subsequent translation into English.

4. Petitioner proposes that Eduardo Blanco de la Torre, whose address is ▮▮▮ ▮▮▮ Biscayne, Florida 33149, and who is qualified under the laws of the State of Florida, be appointed administrator ad litem of the estate and in support of his proposal states the following:

    a. Section three of the Will names the decedent's spouse, Elena de la Torre Alcoz, as the initial fiduciary. However, she predeceased the decedent on July 13, 2004, and a copy of her death certificate is attached at Exhibit C. An original death certificate has been requested and will be provided to this court when received.

    b. The Will names Enrique Blanco Rosell as the successor fiduciary. Enrique Blanco Rosell died on November 27, 2014, and a copy of this death certificate is attached at Exhibit D. A related Miami-Dade County case for the Estate of Enrique Blanco Rosell is being opened concurrently with this matter.

    c. The alternate successor fiduciary named under the Will is Petitioner Eduardo Blanco de la Torre, the decedent's son, and so far as is known, the only person entitled to letters of administration.

5. Petitioner anticipates that, when all authenticated documents from Decedent's Puerto Rico estate administration are in hand in the near future, he will seek appointment as personal representative, allowing for a smooth transition from administrator ad litem to personal representative.

6. So far as is known, the names of the beneficiaries of this estate, their addresses and relationships to decedent, and the years of birth of any who are minors, are as follows:

| NAME | ADDRESS | RELATIONSHIP | YEAR OF BIRTH (if Minor) |
|---|---|---|---|
| Florentino Blanco de la Torre | ▮▮▮ Gauynabo, Puerto Rico 00969 | Son of Florentino | Adult |

IN RE: ESTATE OF FLORENTINO BLANCO, deceased
Page 3

| NAME | ADDRESS | RELATIONSHIP | YEAR OF BIRTH (if Minor) |
|---|---|---|---|
| Eduardo Blanco de la Torre | Key Biscayne, FL 33149 | Son of Florentino | Adult |
| Maria Elena Blanco Bushman, deceased, DOD: 4/12/18 (Death certificate pending; will be provided to this court when received); survived by her spouse, Joseph E. Bushman and two daughters: | The Villages, FL 32163 | Daughter of Florentino | Adult |
| Christie Bushman Blanco | To be determined | Daughter of Maria Elena Blanco Bushman and granddaughter of Florentino | Adult |
| Lynette Bushman Blanco | To be determined | Daughter of Maria Elena Blanco Bushman and granddaughter of Florentino | Adult |
| Carlos Blanco de la Torre | Guaynabo, Puerto Rico 00969 | Son of Florentino | Adult |
| Sergio Blanco de la Torre | Guaynabo, Puerto Rico 00969 | Son of Florentino | Adult |
| Guillermo Blanco de la Torre | San Juan, Puerto Rico 00936 | Son of Florentino | Adult |
| Magdalena Blanco de la Torre | Coral Gables, FL 33134 | Daughter of Florentino | Adult |

7. Venue for this proceeding is proper in Miami-Dade County, pursuant to Section 733.101(1)(b), Florida Statutes, because Decedent's property – that is, the Claim described below–

IN RE: ESTATE OF FLORENTINO BLANCO, deceased
Page 4

is located in this county, the action on the Claim will be filed in this county, and related cases are being administered in this court.

8. The nature and approximate value of the assets in this estate are:

| NATURE OF ASSETS | APPROXIMATE VALUE |
|---|---|
| The administrator ad litem will be a plaintiff seeking to recover money damages under the Cuban Liberty and Democratic Solidarity (LIBERTAD) Act of 1996, codified at 22 USC Section 6021, et. seq. (the "Helms-Burton Act") for acts of trafficking in property confiscated by the Cuban Government on or after January 1, 1959, and as to which the estate of Florentino Blanco owns claims (the "Claim"). | To be determined |

9. Petitioner respectfully requests that the court consider the following circumstances as reasons why an administrator ad litem should be appointed on an emergency basis:

- There is an immediate necessity for an estate to be opened so that Petitioner can served as a plaintiff on behalf of the estate to recover money damages under the Helms-Burton Act for acts of trafficking in property confiscated by the Cuban Government.

- Time is insufficient to obtain all authenticated documents from the Puerto Rico probate administration necessary for appointment of a personal representative which have been delayed due to pandemic and holidays; and

- Once received, the documents will all need to be translated into English before they may be filed with this court.

Petitioner requests that Eduardo Blanco de la Torre be appointed administrator ad litem of the estate of the decedent to initiate proceedings as a plaintiff seeking to recover money damages under the Cuban Liberty and Democratic Solidarity (LIBERTAD) Act of 1996, codified at 22 USC Section 6021, et. seq. (the "Helms-Burton Act") for acts of trafficking in property confiscated by the Cuban Government on or after January 1, 1959, and as to which the estate of Florentino Blanco owns claims, to serve until such time as a personal representative is appointed.

IN RE: ESTATE OF FLORENTINO BLANCO, deceased
Page 5

Under penalties of perjury, I declare that I have read the foregoing, and the facts alleged are true, to the best of my knowledge and belief.

Signed on this __12__ day of __January__, 2021.

_____
William T. Muir
Florida Bar Number: 319074
Jeremy P. Leathe
Florida Bar Number: 983268
Attorneys for Petitioner
DUNWODY WHITE & LANDON PA
550 Biltmore Way, Suite 810
Coral Gables, FL 33134
Telephone: (305) 529-1500
Fax: (305) 529-8855
E-Mail: wmuir@dwl-law.com
       jleathe@dwl-law.com
Secondary E-Mail: aacosta@dwl-law.com
       xnunez@dwl-law.com

_____
Eduardo Blanco de la Torre, Petitioner

# EXHIBIT D-2

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2021-000131-CP-02
SECTION: PMH03
JUDGE: Rosa C Figarola

**IN RE: Blanco, Florentino**

Decedent

_____/

**EMERGENCY ORDER APPOINTING ADMINISTRATOR AD LITEM PENDING
APPOINTMENT OF PERSONAL REPRESENTATIVE**

On the petition of EDUARDO BLANCO DE LA TORRE for the appointment of an administrator ad litem in the above decedent's estate ("Estate"), the Court finding that all interested persons have been served a copy of the petition or have waived notice thereof, and that the material allegations of the petition are true; it is

ORDERED and ADJUDGED that EDUARDO BLANCO DE LA TORRE is appointed Administrator Ad Litem of the Estate to initiate proceedings as a plaintiff seeking to recover money damages under the Cuban Liberty and Democratic Solidarity (LIBERTAD) Act of 1996, codified at 22 USC Section 6021, et. seq. (the "Helms-Burton Act") for acts of trafficking in property confiscated by the Cuban Government on or after January 1, 1959 and as to which the estate of Florentino Blanco owns claims.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 15th day of January, 2021.

2021-000131-CP-02 01-15-2021 3:58 PM

Hon. Rosa C Figarola

**CIRCUIT COURT JUDGE**

Electronically Signed

<div style="border: 2px solid red; color: red; padding: 10px;">

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

</div>

**Electronically Served:**

Adrya , aacosta@dwl-law.com

Cyndy, cmarquez@dwl-law.com

Jeremy P. Leathe, Esq., jleathe@dwl-law.com

Jeremy P. Leathe, Esq., cmarquez@dwl-law.com

Jeremy P. Leathe, Esq., xnunez@dwl-law.com

William T Muir, wmuir@dwl-law.com

William T Muir, DWL_E-Filing@dwl-law.com

William T Muir, aacosta@dwl-law.com

Xenia, xnunez@dwl-law.com

**Physically Served:**

# EXHIBIT D-3

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2021-000131-CP-02
SECTION: PMH03
JUDGE: Rosa C Figarola

**IN RE: Blanco, Florentino**

Decedent

_____/

## ORDER EXTENDING APPOINTMENT OF ADMINISTRATOR AD LITEM

On the petition of EDUARDO BLANCO DE LA TORRE, by and through counsel, for the extension of his appointment as an administrator ad litem in the above decedent's estate ("Estate"), the Court finding that all interested persons have been served a copy of the petition or have waived notice thereof, and that the material allegations of the petition are true; it is

ORDERED and ADJUDGED that EDUARDO BLANCO DE LA TORRE's appointment as Administrator Ad Litem of the Estate is extended until such time as a personal representative may be appointed to continue proceedings as a plaintiff seeking to recover money damages under the Cuban Liberty and Democratic Solidarity (LIBERTAD) Act of 1996, codified at 22 USC Section 6021, et. seq. (the "Helms-Burton Act") for acts of trafficking in property confiscated by the Cuban Government on or after January 1, 1959, and as to which the estate of Florentino Blanco owns claims.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 3rd day of May, 2021.

2021-000131-CP-02 05-03-2021 10:55 AM

Hon. Rosa C Figarola

**CIRCUIT COURT JUDGE**
Electronically Signed

> No Further Judicial Action Required on **THIS MOTION**
>
> CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**

Cyndy Marquez, cmarquez@dwl-law.com

Jeremy P Leathe Esq., JLeathe@dwl-law.com

Jeremy P Leathe Esq., xnunez@dwl-law.com

Jeremy P Leathe Esq., DWL_E-Filing@dwl-law.com

Jeremy P. Leathe, Esq., jleathe@dwl-law.com

Jeremy P. Leathe, Esq., cmarquez@dwl-law.com

Jeremy P. Leathe, Esq., xnunez@dwl-law.com

William T Muir, wmuir@dwl-law.com

William T Muir, DWL_E-Filing@dwl-law.com

William T Muir, aacosta@dwl-law.com

Xenia Nunez, xnunez@dwl-law.com

**Physically Served:**