IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ODETTE BLANCO DE FERNANDEZ
*née* BLANCO ROSELL, et al.,

    Plaintiffs,

v.                                                  C.A. No. 21-cv-01052-CFC

SEABOARD CORPORATION,

    Defendant.

## NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to D. Del. L.R. 7.1.2(b), Defendant Seaboard Corporation submits the attached Brief for United States as *amicus curiae* filed on April 11, 2022, in the Eleventh Circuit in *Del Valle v. Trivago GmbH*, Case No. 20-12407 (11th Cir.) and related cases ("U.S. Brief."). A copy of the U.S. Brief is attached hereto as <u>Exhibit A</u> and filed in support of Defendant Seaboard Corporation's Motion to Dismiss Amended Complaint (D.I. 15, 16).

Relevant to the pending Motion to Dismiss, the United States interprets the word "*acquires*" as used in 28 U.S.C. § 6082(a)(4)(B) to include "acquisition by inheritance," such that any U.S. national who inherits a claim to property on or *after* March 12, 1996, as Plaintiffs (with the exception of Plaintiff Odette Blanco de Fernandez) allege in their Amended Complaint, may not bring a lawsuit under Title

1

III of the Helms-Burton Act.[1]  U.S. Br. 25; *see also id.* at 23-29; D.I. 16, at 17-19. The United States explains in the U.S. Brief that interpreting "*acquires*" to exclude inheritance leads to the same result because, under that interpretation, any person who inherits a claim to property would never have "acquire[d]" a claim and thus still "may not bring an action" under Helms-Burton.  U.S. Br. 25 n.4 (quoting 28 U.S.C. § 6082(a)(4)); D.I. 16, at 19; D.I. 21, at 9.

| | |
|---|---|
| Dated:  April 21, 2022 | MORGAN LEWIS & BOCKIUS LLP |
| | */s/ Jody C. Barillare* |
| Robert M. Brochin (*pro hac vice)* | Jody C. Barillare (#5107) |
| Matthew Papkin (*pro hac vice*) | 1201 N. Market Street, Suite 2201 |
| 600 Brickell Avenue, Suite 1600 | Wilmington, DE 19801 |
| Miami, Florida 33131 | (302) 574-3000 |
| (305) 415-3000 | jody.barillare@morganlewis.com |
| | |
| Carl A. Valenstein (*pro hac vice*) | |
| One Federal Street | |
| Boston, MA 02110 | |
| (617) 341-7700 | |
| | |
| Brian A. Herman (*pro hac vice*) | |
| 101 Park Avenue | |
| New York, NY 10178 | *Counsel for Defendant Seaboard* |
| (212) 309-6000 | *Corporation* |

---

[1]  28 U.S.C. § 6082(a)(4)(B) ("In the case of property confiscated before March 12, 1996, a United States national may not bring an action under this section on a claim to the confiscated property unless such national acquires ownership of the claim before March 12, 1996.")